UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
REBECCA RECTOR,

                              Plaintiff,                    NOT FOR PUBLICATION

              v.                                           **MEMORANDUM & ORDER**
                                                           17-CV-708 (MKB)
UNITED STATES POSTAL SERVICE,

                              Defendant.

-------------------------------------------------------------
MARGO K. BRODIE, United States District Judge:

      Plaintiff Rebecca Rector, proceeding *pro se*, commenced this action on February 6, 2017,

against the United States Postal Service ("USPS"), asserting tort and contract claims based on an

allegation that the USPS lost a laptop that she mailed.  (Compl., Docket Entry No. 1.)  By

Memorandum and Order dated May 24, 2017, the Court granted Plaintiff's request to proceed *in

forma pauperis* and dismissed Plaintiff's tort claim for lack of subject matter jurisdiction

pursuant to the postal matter exception under the Federal Tort Claims Act and Plaintiff's contract

claim for failure to exhaust administrative remedies.  (Mem. & Order, Docket Entry No. 4.)  The

Court granted Plaintiff thirty (30) days to file an amended complaint on the contract claim.

(*See id.*)  More than thirty days have passed and Plaintiff has failed to file an amended

complaint.  Accordingly, for the reasons set forth in the May 24, 2017 Memorandum and Order,

the case is dismissed.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order

would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose

of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).  The Clerk of Court

is directed to enter judgment and close this case.

SO ORDERED:


_____s/ MKB_____
MARGO K. BRODIE
United States District Judge


Dated:  July 27, 2017
        Brooklyn, New York